UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Bexie Nobles, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:25-CV-00038-ADA |
| | § | |
| Citibank N.A. and Equifax | § | |
| Information Services, LLC, | § | |
|    *Defendants*. | | |

**ORDER**

On May 2, 2025, Plaintiff filed a Notice of Dismissal as to Defendant Equifax Information Services, LLC, the only remaining Defendant in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 17. Unilateral dismissals under Rule 41(a)(1)(A)(i) require no judicial action or approval and are effective automatically upon filing. *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on May 2, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE